NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VERITAS TECHNOLOGIES LLC,**
*Appellant*

**v.**

**REALTIME DATA LLC,**
*Appellee*

_____

2018-2200

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00179, IPR2017-00808.

_____

## JUDGMENT

_____

ROBERT J. GAJARSA, Latham & Watkins LLP, Washington, DC, argued for appellant. Also represented by GABRIEL BELL; ANN MARIE WAHLS, Chicago, IL; LISA K. NGUYEN, Menlo Park, CA; AMIT MAKKER, San Francisco, CA.

KAYVAN B. NOROOZI, Noroozi PC, Los Angeles, CA, argued for appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>December 6, 2019</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court